```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13170
  JAY H PIAZZA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
  SSN XXX-XX-9662


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/14/2006 and was confirmed 03/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.58%.

     The case was dismissed after confirmation 12/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
AFNI                          UNSECURED      NOT FILED            .00           .00
AMERICA ONLINE                UNSECURED      NOT FILED            .00           .00
AMERICA ONLINE                NOTICE ONLY    NOT FILED            .00           .00
ARROW FINANCIAL SERVICES      UNSECURED      NOT FILED            .00           .00
ASSET ACCEPTANCE LLC          UNSECURED      NOT FILED            .00           .00
ASSET ACEPTANCE               NOTICE ONLY    NOT FILED            .00           .00
BALLYS                        UNSECURED         3293.79           .00           .00
BALLYS                        NOTICE ONLY    NOT FILED            .00           .00
BALLYS                        NOTICE ONLY    NOT FILED            .00           .00
BERWYN MARINE CENTER          UNSECURED      NOT FILED            .00           .00
BERWYN MARINE CENTER          NOTICE ONLY    NOT FILED            .00           .00
CAPITAL ONE                   UNSECURED         2197.49           .00           .00
CHARTER ONE BANK              UNSECURED      NOT FILED            .00           .00
CHARTER ONE BANK NA           NOTICE ONLY    NOT FILED            .00           .00
CITY OF CHICAGO PARKING       UNSECURED          920.00           .00           .00
CITY OF CHICAGO DEPT OF       NOTICE ONLY    NOT FILED            .00           .00
COMCAST                       UNSECURED      NOT FILED            .00           .00
COMMONWEALTH EDISON           UNSECURED      NOT FILED            .00           .00
COM ED                        NOTICE ONLY    NOT FILED            .00           .00
COMMONWEALTH EDISON           UNSECURED      NOT FILED            .00           .00
COMMUNICATIONS SUPPLY CO      UNSECURED        18225.37           .00           .00
COMMUNICATION SUPPLY COR      NOTICE ONLY    NOT FILED            .00           .00
CREDIT COLLECTION SERVIC      UNSECURED      NOT FILED            .00           .00
CREDIT COLLECTION SERVIC      UNSECURED      NOT FILED            .00           .00
CREDIT PROTECTION ASSOCI      UNSECURED      NOT FILED            .00           .00
DEBT RECOVERY SOLUTION        UNSECURED      NOT FILED            .00           .00
DEPENDON COLLECTION SERV      UNSECURED      NOT FILED            .00           .00
DEVRY                         UNSECURED         2709.84           .00           .00
DEVRY UNIVERSITY              NOTICE ONLY    NOT FILED            .00           .00
ER SOULTIONS INC              UNSECURED      NOT FILED            .00           .00
MIDLAND CREDIT MANAGEMEN      UNSECURED          258.19           .00           .00
FINGERHUT                     NOTICE ONLY    NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 13170 JAY H PIAZZA
```

```
FIRST NATIONAL BANK OF M  UNSECURED       NOT FILED            .00             .00
GE SUPPLY                 UNSECURED       NOT FILED            .00             .00
GE SUPPLY                 NOTICE ONLY     NOT FILED            .00             .00
HOUSEHOLD BANK            UNSECURED       NOT FILED            .00             .00
HOME SHOPPING NETWORK     UNSECURED       NOT FILED            .00             .00
IBEW LOCAL 701            SPECIAL CLASS   18250.00             .00         9939.00
IL DEPT OF EMPLOYMENT SE  UNSECURED        4284.00             .00             .00
ST IL TOLLWAY AUTHORITY   UNSECURED        1441.10             .00             .00
ILLINOIS TOLLWAY          NOTICE ONLY     NOT FILED            .00             .00
JJ MARSHALL               UNSECURED         993.97             .00             .00
LEADING EDGE RECOVERY     UNSECURED       NOT FILED            .00             .00
LINEBARGER GOGGAN BLAIR   UNSECURED       NOT FILED            .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED            .00             .00
SPRINT-NEXTEL CORP        UNSECURED         740.22             .00             .00
NICOR GAS                 UNSECURED       NOT FILED            .00             .00
RESURRECTION MEDICAL CEN  UNSECURED       NOT FILED            .00             .00
REVENUE PRODUCTION MGT    UNSECURED       NOT FILED            .00             .00
ROBERT HALF INTERN        UNSECURED       NOT FILED            .00             .00
ISAC                      UNSECURED        3721.94             .00             .00
SBC ILLINOIS              UNSECURED         622.15             .00             .00
SBC ILLINOIS              NOTICE ONLY     NOT FILED            .00             .00
SBC                       NOTICE ONLY     NOT FILED            .00             .00
SECURITY CREDIT SYSTEMS   UNSECURED       NOT FILED            .00             .00
SPRINT-NEXTEL CORP        UNSECURED         582.27             .00             .00
SPRINT PCS                NOTICE ONLY     NOT FILED            .00             .00
STANLEY DIKZ              UNSECURED       NOT FILED            .00             .00
STANISLAW DZIK            NOTICE ONLY     NOT FILED            .00             .00
T MOBILE                  UNSECURED         316.37             .00             .00
T MOBILE                  NOTICE ONLY     NOT FILED            .00             .00
TCF FINANCIAL SERVICE     UNSECURED       NOT FILED            .00             .00
TCF FINANCIAL SERVICES    NOTICE ONLY     NOT FILED            .00             .00
TELECHECK/ SCAN           UNSECURED       NOT FILED            .00             .00
US CELLULAR               UNSECURED       NOT FILED            .00             .00
US CELLULAR               NOTICE ONLY     NOT FILED            .00             .00
US DEPARTMENT OF EDUCATI  UNSECURED       13582.41             .00             .00
RMI/MCSI                  UNSECURED         150.00             .00             .00
VILLAGE OF OAK PARK       UNSECURED       NOT FILED            .00             .00
WEST SUBURBAN HOSPITAL    UNSECURED       NOT FILED            .00             .00
WEST SUBURBAN HOSPITAL    NOTICE ONLY     NOT FILED            .00             .00
WILLOW ELECTRIC SUPPLY C  UNSECURED       19000.00             .00             .00
KATHLEEN A PLAZZA         NOTICE ONLY     NOT FILED            .00             .00
ASPIRE                    UNSECURED         331.67             .00             .00
IBEW LOCAL 701            FILED LATE      18832.17             .00             .00
ELAINE DI MAURO           NOTICE ONLY     NOT FILED            .00             .00
TIMOTHY K LIOU            DEBTOR ATTY      2,209.20                        2,209.20
TOM VAUGHN                TRUSTEE                                            899.31
DEBTOR REFUND             REFUND                                                 .00
```

Summary of Receipts and Disbursements:

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 06 B 13170 JAY H PIAZZA

```
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 13,047.51

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                         9,939.00
ADMINISTRATIVE                                    2,209.20
TRUSTEE COMPENSATION                                899.31
DEBTOR REFUND                                          .00
                        ---------------      ---------------
TOTALS                  13,047.51             13,047.51
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE